CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 0 7 2005

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **LARRY RAY JOHNSON,** | ) | |
| **Petitioner,** | ) | **Civil Action No. 7:05-CV-00722** |
| | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| **TRACY S. RAY, et al.,** | ) | **By: Hon. Glen E. Conrad** |
| **Respondent.** | ) | **United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is now

## ORDERED

as follows:

1. To the extent that Johnson seeks the restoration of lost good time credits, Johnson's petition for writ of habeas corpus under 28 U.S.C. § 2254 shall be and hereby is dismissed without prejudice for failure to exhaust available state court remedies; and

2. To the extent that Johnson's petition sets forth a civil rights action under 42 U.S.C. § 1983, it shall be and hereby is dismissed without prejudice pursuant to 28 U.S.C. § 1915(g).

The Clerk is directed to strike the petition from the active docket of the court. The Clerk is further directed to send a certified copy of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

**ENTER:** This _6th_ day of December, 2005.

United States District Judge